# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**January 13, 2015**

| | | |
|---|---|---|
| CAAP–12–00 00774 | State v. Magno | Affirmed |

**January 16, 2015**

| | | |
|---|---|---|
| CAAP–14–00 00388 | Mendez v. Mendez | Affirmed |
| CAAP–12–00 00975 | State v. Gilcrease | Affirmed |

**January 21, 2015**

| | | |
|---|---|---|
| CAAP–12–00 00613 | State v. Carroll | Affirmed |

**January 22, 2015**

| | | |
|---|---|---|
| CAAP–13–00 04535 | Metcalfe Trust Dated February 19, 1992, In re | Affirmed |
| CAAP–13–00 04497 | Property Reserve, Inc. ex rel. Hawaii Reserves, Inc. v. Apuakehau | Affirmed |

**January 23, 2015**

| | | |
|---|---|---|
| CAAP–14–00 00502 | Central Pacific Bank v. Metcalfe | Affirmed |
| CAAP–13–00 04061 | Guity v. Guity | Affirmed |
| CAAP–14–00 00780 | Waldecker v. O'Scanlan | Affirmed |

**January 26, 2015**

| | | |
|---|---|---|
| CAAP–13–00 02872 | Agard v. Deutsche Bank Nat. Trust Co. | Vacated and Affirmed |